**Jaziray McFadden**
P.O. Box 9835
Pineville–Matthews Rd #14
Pineville, NC 28134
(704) 858-1468
Jaziraymcfadden1@gmail.com

Date: 10/1/25

**Clerk of Court**
U.S. District Court
Western District of North Carolina
401 W. Trade Street, Room 210
Charlotte, NC 28202

**RE: Filing of Complaint – McFadden v. Golden Goose USA LLC**

Dear Clerk of Court,

Please find enclosed the following documents for filing in the above-referenced matter:

1. **Original Complaint** (with Exhibit A – EEOC Right to Sue Letter)
2. **Civil Cover Sheet**
3. **Summons for Defendant: Golden Goose USA LLC**
4. **Filing Fee of $405** (or Application to Proceed In Forma Pauperis, if applicable) Please file these

   documents and issue the summons for service upon:

**Golden Goose Retail USA LLC**
c/o Corporation Service Company (Registered Agent)
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

A courtesy copy will also be mailed to Defendant's principal office at 120 Broadway, Floor 33, New York, NY 10271

Thank you for your assistance. Please return a file-stamped copy to me at the address listed above for my records.

Respectfully,

*Jaziray McFadden*

**Jaziray McFadden**
*Pro Se Plaintiff*